# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RENE F. FERNANDEZ,

    Petitioner,

vs.

JAMES GREG COX, *et al.*,

    Respondents.

Case No. 2:14-cv-01826-RFB-VCF

**ORDER**

    Petitioner, who is in custody at the Northern Nevada Correctional Center, has filed a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  Petitioner filed this action in the unofficial Southern Division of the Court, but he is proceeding *pro se* and he is incarcerated in the unofficial Northern Division of the Court.  Under Local Rule LR IA 8-1, a *pro se* inmate must proceed in the unofficial division of the Court in which the inmate is held when the matter is commenced.

    **IT IS THEREFORE ORDERED** that the above-entitled action is **HEREBY TRANSFERRED** to the unofficial Northern Division of this Court for all further proceedings.

    **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL TRANSFER AND REOPEN** this matter as a new action under a new docket number in the Northern Division.

. . .

. . .

. . .

1    **IT IS FURTHER ORDERED** that the present action under the above-captioned docket
2    number **SHALL BE CLOSED** by the Clerk of Court, without prejudice to petitioner regarding any
3    federal limitation period.

Dated this 10th day of December, 2014.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE